

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2018

No. 04-17-00584-CR

Jody Ybarra **SALDIVAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR6803
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on November 27, 2017. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to January 17, 2018. The brief has not been filed. Appellant's attorney is ORDERED to respond to this court in writing within ten days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to file an adequate response within ten days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court